UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE E. BACCAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC, and HEARTLAND PAYMENT SOLUTIONS, INC.,<br><br>　　　　Defendants. | No. 2:17-cv-01356-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE** |

　　　Plaintiff Josephine E. Baccay sues Defendants Heartland Payment Systems, LLC and Heartland Payment Solutions, Inc. for allegedly violating the federal Fair Credit Report Act and its California state-law equivalents. Compl., ECF No. 1-3. But the parties executed a Sales Employee Agreement, which contained a forum-selection clause designating the U.S. District Court for the District of New Jersey as the exclusive forum for this suit. See Parrish Decl., ECF No. 5-1, Ex. E ¶ 17. Citing this clause, Defendants now move under 28 U.S.C. § 1404(a) to transfer venue. Mot. & Mem., ECF No. 5. "When parties have agreed to a valid forum-selection clause, a district court should ordinarily

1

transfer the case to the forum specified in that clause." Atl.
Marine Constr. Co. v. United States Dist. Court for the W. Dist.
of Tex., 134 S. Ct. 568, 581 (2013).  This is particularly true
where, as here, the § 1404(a) motion is unopposed.  Pl.'s
Statement of Non-Opposition, ECF No. 12.  The Court therefore
GRANTS Defendants' motion to transfer venue.  This case will
proceed in the U.S. District Court for the District of New
Jersey.[1]

    IT IS SO ORDERED.

Dated: September 29, 2017

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 230(g).  The hearing was scheduled for October 3, 2017.